ComplaintRejectedNotification_EmailtoEODOfficer.txt

From: NoReply@das.state.oh.us

To: Zenith.Milton@das.ohio.gov

cc:

Subject: Complaint #1557 is Rejected

Dear EOD Officer:

This e-mail serves to inform you that EEO Discrimination Complaint #1557 has been rejected and should be closed.

Sincerely,

The Equal Opportunity Division
1-614-466-8380

Page 1



PLAINTIFF'S EXHIBIT
KK p.1

# EOD Discrimination Complaint System

W

Complaint Form    Final Disposition    Comments    Attachments    Exit    LogOut

Complaint Number: 1557
Complainant Last Name: Shoemake

Complaint Status: Closed
Complainant First Name: Jerome

Primary phone: 419-525-1634    Ext.
Complaint Assigned to: Zenith Milton
Agency Filed Against: Department of Rehabilitation and Correction

## Final Disposition

**Closure Information**

Closure Reason:    Lack Of Jurisdiction

Date Closure Letter Sent:    05/08/2019

Closure Date:    05/08/2019



PLAINTIFF'S EXHIBIT KK p.2

## EOD Discrimination Complaint Form

**Complaint Number:** 1557

**Date Complaint Filed:** 03/15/2019

Last Name: Shoemake   First Name: Jerome   Middle Initial: F
Email Adress: shoeberry@aol.com
Primary phone: 419-525-1634   Ext.:   Alternate phone:
Home Address: 147 North Mulberry Street
City: Mansfield   State: OH   Zip code: 44902

Are you presently working for the State of Ohio? ● Yes ● No   If yes, which agency: Department of Rehabilitation and Correction

Check the appropriate area(s) of discrimination:

- ☒ Age (40+ years)
- ☒ Ancestry
- ☒ Color
- ☒ Disability
- ☒ Gender Identity Or Expression
- ☒ Gender/Sex
- ☒ Genetic Information
- ☒ Military Status
- ☒ National Origin/Ancestry
- ☒ Other
- ☒ Parental Status: Parent During Pregnancy Or Immediately After Birth
- ☒ Parental Status: Foster Parent
- ☒ Parental Status: Parent Of Young Child
- ☒ Race
- ☒ Religion
- ☒ Sex
- ☒ Sexual Orientation

Check the appropriate area(s) of Discriminatory harassment:

- ☒ Age (40+ years)
- ☒ Ancestry
- ☒ Color
- ☒ Disability
- ☒ Gender Identity Or Expression
- ☒ Gender/Sex
- ☒ Genetic Information
- ☒ Military Status
- ☒ National Origin/Ancestry
- ☒ Other
- ☒ Parental Status: Parent During Pregnancy Or Immediately After Birth
- ☒ Parental Status: Foster Parent
- ☒ Parental Status: Parent Of Young Child
- ☒ Race
- ☒ Religion
- ☒ Sex
- ☒ Sexual Harassment
- ☒ Sexual Orientation

Retaliation (based on involvement with a current or previous discrimination complaint): ☒

Race of the complainant: Black
Sex of the complainant: Male
Employee Status: Bargaining Unit
Name of the agency you believe discriminated against you: Department of Rehabilitation and Correction
Location of the agency you believe discriminated against you: *Other--Office Not Listed (Please Give Address In Description)
Name(s) and title(s) of person(s) you believe discriminated against you:

| Name(s) | Title(s) |
| --- | --- |
| Janet Tobin | Labor Relations Officer |
| John Bond | HR Director |



PLAINTIFF'S EXHIBIT KK p. 3

| Name(s) | Title(s) |
|---|---|
| Ed Sheldon | Warden |
| Kurt Dahlby | Captain |

Have you filed a complaint that involves similar issues with the federal Equal Employment Opportunity Commission (EEOC)?  ● Yes  ● No

Have you filed a complaint that involves similar issues with the Ohio Civil Rights Commission (OCRC)?  ● Yes  ● No

Have you filed a Union grievance regarding the incident(s)?  ● Yes  ● No

Most recent date of alleged discrimination: 03/08/2019

State Agency where you were employed at the time of alleged discrimination: Department of Rehabilitation and Correction

Job Title at the Time of Alleged Discrimination:

What employment related decision was influenced, impacted, or related to the alleged discrimination, harassment, or retaliation?

- Assignment Of Duties/Work
- Discipline
- Hiring
- Other (Please Explain In Discrimination Explanation)
- Promotion
- Retaliation For Exercising Protected EEO Right
- Term Or Condition Of Employment (Ex: Work-Culture/Environment)
- Training
- Demotion
- Disparate Treatment
- Lay-Off
- Probationary Removal
- Rate Of Compensation
- Suspension
- Termination
- Transfer

This explanation section is very important. Please describe how the acts of discrimination, harassment, or retaliation were because of your status (age, race, gender, etc.) and resulted in the employment-related decision you selected above. For discrimination or retaliation only describe details, conversations, or information that occurred on the date you listed above. For harassment please describe details, conversations, or information that occurred on the date you listed AND on past dates to demonstrate the harassment was ongoing. Be as specific and clear as you are able. You may add attachments if necessary.

I believe that agents of the company (i.e., Ms. Janet Tobin (LR), Mr. John Bond (Director HR), Mr. Ed Sheldon (Warden), and Kurt Dahlby (Captain)) are vicariously liable because their decision to retaliate against me for inquiring about DRC 39-TRN-02 Policy, and requesting to be paid for off-the-clock work, is contrary to the employer's good faith efforts to comply with 42 U.S. Code § 2000e-3 [Section 704] of Title VII. --See Attachments--- Complaint was emailed to EOD on March 8, 2019.

Complaint Submitted By: J. Adair, EEO Program Manager



PLAINTIFF'S EXHIBIT KK p. 4